IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**JOSHUA M. HARDY,**<br><br>**Defendant.** | Case No.: 9:22-po-5064-KLD<br>Violation: F02S000X<br><br><br>**ORDER** |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced citation is dismissed without prejudice, and all future court dates are vacated.

Dated this __27th__ day of August, 2024.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge

1